No. 458. PEERLESS STAGES, INC. *v.* RAILROAD COMMISSION OF CALIFORNIA ET AL. Motion to dismiss submitted September 20, 1935. Decided October 14, 1935. *Per Curiam:*

The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Aetna Insurance Co. v. Hyde*, 275 U. S. 440, 447; *Puget Sound Co. v. Seattle*, 291 U. S. 619, 625–626; *Public Service Comm'n v. Utilities Co.*, 289 U. S. 130, 134. *Mr. Chauncey F. Tramutolo* for appellant. *Messrs. Herman Phleger, Ira H. Rowell, Maurice E. Harrison,* and *James S. Moore, Jr.,* for appellees.